**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01047-MEH

DOUGLAS COUNTY FEDERATION,
KATHERINE N. DORMAN,
CHRISTINA K. THORSEN, and
SUSAN R. FORSYTH,
on their own behalves and on behalf of others similarly situated,

    Plaintiffs,

vs.

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,

    Defendant.

## ORDER APPROVING CLASS SETTLEMENT AND FINAL JUDGMENT

THIS MATTER, having come before the Court on the parties' Joint Motion for Final Approval of Class Action Settlement (the "Motion") [filed September 15, 2020; ECF 87], the Court being fully apprised in the premises, and for good cause show, hereby ORDERS as follows:

1.    The Motion is GRANTED;

2.    The Court APPROVES the Stipulation and Agreement of Settlement (the "Settlement Agreement"), ECF No. 84-1, as fair, reasonable, and adequate within the meaning of F.R.C.P. 23(e)(2);

3.    The Court GRANTS final certification of the F.R.C.P. 23(b)(3) class preliminarily approved in ECF No. 56;

4. The Court GRANTS final appointment of Class Counsel and of the Class Representatives as identified in ECF No. 56;

5. The Court ORDERS execution of and compliance with the Settlement Agreement, the terms of which are incorporated into this Order, and which shall be binding upon the Defendant, the Named Plaintiffs, and the Settlement Class Members, as defined in the Settlement Agreement;

6. The Court ORDERS, upon the Effective Date, as defined in the Settlement Agreement, that the Named Plaintiffs and the Settlement Class Members, as defined in that agreement, release all Released Parties from all Released Claims, as those terms are defined in the Settlement Agreement;

7. The Court ORDERS that all claims that have been asserted in this lawsuit by the Named Plaintiffs and the Settlement Class Members, as defined the Settlement Agreement, or that relate in any way to the sick leave bank, or the termination thereof, are hereby voluntarily dismissed with prejudice as stipulated in the Settlement Agreement;

8. The Court ORDERS the parties to bear their own fees and costs with the exception of those provided for in the Settlement Agreement.

Dated at Denver, Colorado, this 1st day of October, 2020.

SO ORDERED.

S/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge